JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

ORIGINAL
FILED

08 JAN 24  AM 9: 00

RICHARD W. WIEKING
U.S. DISTRICT COURT

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08 00029 RS |
| Plaintiff, | VIOLATIONS: Title 18, United States Code Section 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor) |
| v. | |
| HENRICK HANSEN, | |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about November 15, 2007, in the Northern District of California, the defendant,

HENRICK HANSEN,
a/k/a Gerald Nyreen,

did knowingly possess an identification document other than one issued lawfully for the use of the possessor, namely a United States Passport belonging to another person, with the intent

///

///

1 | that such document be used to defraud the United States, in violation of Title 18, United States
2 | Code, Section 1028(a)(4), a Class A misdemeanor.

DATED: January 23, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form:
REID DAVIS
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, U.S.C. § 1028(a)(4) - Possession of an Identification Document with the Intent to Defraud the United States

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

E-FILING

**PENALTY:**
1 year imprisonment
$100,000 fine
1 year supervised release
$25 special assessment fee

### DEFENDANT - U.S.

▶ HENRICK HANSEN

**DISTRICT COURT NUMBER**
CR 08 00029 RS

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Jeff Dubsick - DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: