# United States District Court
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**HENRICK HANSEN**<br>**A/K/A GERALD KENNETH NYREEN, JR.** | **JUDGMENT IN A CRIMINAL CASE**<br><br>USDC Case Number: CR-08-00029-001 RS<br>BOP Case Number: DCAN508CR000029-001<br>USM Number:     Unknown<br>Defendant's Attorney: Stephen Shaiken |

**THE DEFENDANT:**

[x]   pleaded guilty to count(s): 1 of the Information .
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1028(a)(4) | Possession of an Identification Document with the Intent to Defraud the United States | 11/15/2007 | 1 |

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

    IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

3/20/2008
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Richard Seeborg, U. S. Magistrate Judge
Name & Title of Judicial Officer

3/21/08
Date

FILED
MAR 21 2008
CLERK
NORTHERN
SAN JOSE

DEFENDANT:     HENRICK HANSEN
A/K/A GERALD KENNETH NYREEN, JR.
CASE NUMBER:    CR-08-00029-001 RS

Judgment - Page 2 of 2

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | $ 1000.00 | $ |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   [x]   Lump sum payment of $25.00 due immediately, balance due

     [x]   not later than 4/15/08 .

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.