Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Defendant
Henrick Hansen aka Gerald Kenneth Nyreen, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) ) ) ) ) ) ) ) | **NO: CR 08-00029 RS** **ORDER TO RETURN PASSPORT TO DEFENDANT** |
|---|---|---|
| Henrick Hansen, aka Gerald Kenneth Nyreen, Jr. Defendant, | | |

During the pendency of the criminal proceedings in this case, defendant, as a condition of release, provided his Danish passport to the Clerk of the court. Sentence has been imposed, the fine imposed paid, and defendant is preparing to depart to reside in Denmark. It is therefore respectfully requested that the Clerk of the Court return the defendant's passport to counsel for defendant who will return it to defendant.

Dated April    2008

_____
Hon. Richard Seeborg, U.S. Magistrate Judge