1 | Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
2 | 170 Columbus Avenue, Suite 100
San Francisco, CA 94133
3 | Telephone: (415) 248-1012
Fax: (415) 248-0019
4
Attorney for Defendant
5 | Henrick Hansen aka Gerald Kenneth Nyreen, Jr.

FILED

MAY - 2 2008

[stamp: U.S. DISTRICT COURT, DISTRICT OF CALIFORNIA, SAN JOSE]

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8 SAN JOSE DIVISION

9 | UNITED STATES OF AMERICA     ) NO: CR 08-00029 RS
                                )
10 |             Plaintiff,       ) **ORDER TO RETURN PASSPORT TO**
                                ) **DEFENDANT**
11 |                             )
                                )
Henrick Hansen, aka Gerald Kenneth )
12 | Nyreen, Jr.                 )
              Defendant,         )
13 | _____     )

14     During the pendency of the criminal proceedings in this case, defendant, as a condition of release,

15 provided his Danish passport to the Clerk of the court. Sentence has been imposed, the fine imposed

16 paid, and defendant is preparing to depart to reside in Denmark. It is therefore respectfully requested

17 that the Clerk of the Court return the defendant's passport to counsel for defendant who will return it

18 to defendant.

19 Dated ~~April~~    2008
    May 2,

20 [signature]

21         Hon. ~~Richard Seeborg~~, U.S. Magistrate Judge
                PATRICIA V. TRUMBULL
22