04/23/2008 03:38 PM EST

**U.S. Courts**
**Case Inquiry Report**

**Case Number** DCAN508CR000029  **Case Title** US VS HANSEN

**Summary Party Information:**

| Party# | Party Name |
|---|---|
| 001 | HENRICK HANSEN |
| 001 | HENRICK HANSEN |

**Registry Information:**
Depository Code   Depository Name

**Transaction Information:**

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT 5461002810 | DCAN508CR000029-001 | 03/20/2008 | 1 | 03/21/2008 | SPECIAL PENALTY ASSESSMENT | PR | | 25.00 | | HENRICK HANSEN | 0 | 04 | 04 | 504100 |
| CT 5461002965 | DCAN508CR000029-001 | 04/15/2008 | 2 | 04/16/2008 | FINE-CRIME VICTIMS FUND | PR | | 1,000.00 | | HENRICK HANSEN | 0 | 04 | 04 | 504100 |

| Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|
| SPECIAL PENALTY ASSESSMENT | 25.00 | 25.00 | 0.00 |
| FINE-CRIME VICTIMS FUND | 1,000.00 | 1,000.00 | 0.00 |
| | 1,025.00 | 1,025.00 | 0.00 |

**Account Type**   **Account Code**   **Depository Total**

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

$1,000.00 FINE PAID IN FULL ON 4/16/08

Version 7.0.1   Page 1 of 1